ELLIOT ENOKI
United States Attorney
District of Hawaii

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 2 2001
at 11 o'clock and ___ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 01-00077 DAE |
| Plaintiff, ) | FIRST SUPERSEDING INDICTMENT |
| v. ) | |
| CHRISTOPHER KEGLER, ) | [21 U.S.C. §§ 841(a)(1); 844] |
| a.k.a. Christopher Thomas, ) | |
| Defendant. ) | |

FIRST SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges:

On or about February 27, 2001, in the District of Hawaii, CHRISTOPHER KEGLER, a.k.a. Christopher Thomas, knowingly and intentionally possessed, with the intent to distribute, in excess of 50 grams of methamphetamine, to wit, approximately 442.4 grams of methamphetamine, a Schedule II controlled

substance. All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

The Grand Jury further charges:

On or about February 27, 2001, in the District of Hawaii, CHRISTOPHER KEGLER, a.k.a. Christopher Thomas, knowingly and intentionally possessed, with the intent to distribute, in excess of 500 grams of cocaine HCl, to wit, approximately 2,970 grams of cocaine HCl, a Schedule II controlled substance. All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 3

The Grand Jury further charges:

On or about February 27, 2001, in the District of Hawaii, CHRISTOPHER KEGLER, a.k.a. Christopher Thomas, knowingly and intentionally possessed a quantity of methamphetamine, a Schedule II controlled substance. All in violation of Title 21, United States Code, Section 844.

## COUNT 4

The Grand Jury further charges:

On or about February 27, 2001, in the District of Hawaii, CHRISTOPHER KEGLER, a.k.a. Christopher Thomas, knowingly and intentionally possessed a quantity of marijuana, a Schedule I controlled substance. All in violation of Title 21, United States Code, Section 844.

## COUNT 5

The Grand Jury further charges:

On or about February 27, 2001, in the District of

Hawaii, CHRISTOPHER KEGLER, a.k.a. Christopher Thomas, knowingly and intentionally possessed a quantity of methylenedioxymethamphetamine, a.k.a. MDMA, a.k.a. "ectasy," a Schedule II controlled substance. All in violation of Title 21, United States Code, Section 844.

DATED: May 2, 2001 at Honolulu, Hawaii.

A TRUE BILL

/S/

Foreperson, Grand Jury

ELLIOT ENOKI
United States Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. Christopher Kegler,
a.k.a. Christopher Thomas
First Superseding Indictment
Cr. No. 01-00077 DAE